Filed 6/7/21  P. v. Wright CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>APHTON WRIGHT,<br><br>    Defendant and Appellant. | 2d Crim. No. B309400<br>(Super. Ct. No. BA423889)<br>(Los Angeles County) |

Aphton Wright appeals from the postjudgment order denying his petition for a reduction of his sentence.  We dismiss.

In 2015, Wright was convicted of burglary.  (Pen. Code,[1] § 459.)  He admitted he had a prior serious felony conviction (§ 667, subd. (a)) and a prior strike conviction. (§§ 667, subds. (b)-(i), 1170.12.)  The court sentenced him to 13 years in state prison (four years for the burglary, doubled for the strike, and a five-year enhancement for the prior serious felony).

---

[1] Further unspecified statutory references are to the Penal Code.

In 2020, Wright petitioned for a reduction of his sentence pursuant to section 1170, subd. (d)(1) and Assembly Bill No. 1812 (2017-2018 Reg. Sess.). He also challenged the Board of Parole Hearing's decision to deny him an early parole date. The trial court denied his petition.

We appointed counsel to represent Wright in this appeal. After examining the record, counsel filed an opening brief that raises no arguable issues. We advised Wright that he had 30 days to personally submit any contentions or issues he wished us to consider. He did not file a supplemental brief.

Because this appeal is from an order denying postconviction relief rather than Wright's first appeal of right from a criminal conviction, he is not entitled to review pursuant to *People v. Wende* (1979) 25 Cal.3d 436. (*People v. Serrano* (2012) 211 Cal.App.4th 496, 501; *People v. Cole* (2020) 52 Cal.App.5th 1023, review granted Oct. 14, 2020, S264278.) Because Wright has not filed a supplemental brief, we dismiss the appeal. (*Cole, supra*, at p. 1028.)

DISPOSITION

The appeal is dismissed.

NOT TO BE PUBLISHED.


TANGEMAN, J.

We concur:


GILBERT, P. J.          PERREN, J.

2

James R. Dabney, Judge

Superior Court County of Los Angeles

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.
No appearance for Plaintiff and Respondent.